AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ryan Blake POST, Justin Michael POST, Ruben Alexander BABILONIA, Derrick Ramon THOMPSON, Tevin Reshawn SAINTELIEN, and Marc Elie JEANCHARLES | ) ) ) ) | Case No.  15-8184-WM |

*Defendant(s)*

FILED BY _____ D.C.

APR 0 3 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __03/09/2015 - 04/02/2015__ in the county of __PALM BEACH__ in the __SOUTHERN__ District of __FLORIDA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec. 1951(a) | Hobbs Act Robbery |
| 18 USC Secs. 924(c)(1)(A) | Possession of a Firearm in Furtherance of a Federal Felony Crime of Violence (to wit, Hobbs Act Robbery) |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Richard Silva, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/03/2015__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__   Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Richard Silva, Task Force Officer (TFO), Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, state as follows:

1. I am a TFO with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have served in that capacity since January 2011. I am also a duly sworn Deputy Sheriff in and for Palm Beach County Florida.

2. I have learned the following information from first-hand observations in my official capacity, along with information received from other law enforcement officers as well as an informant. This affidavit is submitted for the limited purpose of establishing probable cause that Ruben Babilonia ("BABILONIA") a/k/a "Kilo", Ryan Post ("R. POST"), Marc Jean Charles ("CHARLES"), Tevin Saintelien (SAINTELIEN"), Derrick Thompson ("THOMPSON") and Justin Post ("J. POST") conspired to obstruct, delay, or affect interstate commerce or the movement of any article or commodity in interstate commerce, by robbery; conspired and attempted to possess with the intent to distribute 20 kilograms of cocaine; and conspired to and did carry and use firearms to further and during the commission of a crime of violence and a drug trafficking offense, in violation of Title 18, United States Code, Section 1951. Because this affidavit is for the limited purpose of setting forth probable cause only, it does not contain every fact known to me about the investigation.

3. Numerous recordings of telephone conversations and meetings were obtained during the course of this home invasion reverse sting investigation. The following is a summary of pertinent portions of some of the recorded conversations:

Page 1 of 5

4.      On or about March 11, 2015, BABILONIA drove with the informant to a meeting to discuss an armed robbery of twenty (20) kilograms of cocaine from a Columbian Drug Trafficking Organization ("DTO"). BABILONIA was introduced in a parking lot of the Winn Dixie, located in West Palm Beach, Palm Beach County, Florida to ATF Special Agent Michael Connors (UC Connors), who was working in an undercover role. During the subsequently recorded meeting, UC Connors said he was a disgruntled narcotics courier seeking someone to rob at least 20 kilograms of cocaine stored at a stash house protected by two armed guards from a Columbian drug Trafficking Organization ("DTO") that employed UC Connors as a courier to transport one or two kilograms of cocaine monthly. UC Connors would provide the address to the stash house when learned the day of his scheduled pick-up because the DTO used different homes listed with a realtor to avoid detection. BABILONIA expressed his willingness and interest in performing the armed robbery of cocaine. BABILONIA said "If we wait until you come out (of the stash house) it's gonna come back on you. Unless you don't care. I think it's better if we do it while you inside. That's what I want to know. I can handle the rest. I have the guys, I have the weapons. I have the team." SA Connors asked BABILONIA if he had experience (conducting this type of robbery). BABILONIA replied "Of course that's what I do. All day long. I been doin this in Palm Beach forever." BABILONIA agreed to give SA Connors five kilograms of cocaine as his share of the cocaine from the robbery. The meeting between BABILONIA, the informant and UC Connors concluded after the parties agreed to meet at a later date with BABILONIA and the person(s) BABILONIA wanted to use to help commit the robbery.

5.      On or about March 17, 2015, a recorded meeting occurred at a parking lot of the Sam's Club, in West Palm Beach, Palm Beach County, Florida with BABILONIA so UC Connors could meet

the members of his robbery crew that would be participating in the stash house robbery, later positively identified as R. POST, CHARLES, SAINTELIEN and THOMPSON. UC Connors told R.POST, CHARLES, SAINTELIEN and THOMPSON and reiterated for BABILONIA what he had discussed during the March 11, 2015 meeting.  UC Connors explained that UC Connors was a disgruntled narcotics courier seeking someone to rob the Columbian DTO for whom he worked of at least 20 kilograms of cocaine stored at a stash house guarded by two men with both of the men armed with handguns. UC Connors said he wanted five kilograms of cocaine as his share of the armed robbery. BABILONIA and R.POST agreed to give UC Connors five of the stolen kilograms of cocaine as payment. BABILONIA and R.POST asked that UC Connors not tell CHARLES, SAINTELIEN and THOMPSON how much cocaine UC Connors was getting as his share. BABILONIA said he and R.POST are telling CHARLES, SAINTELIEN and THOMPSON that UC Connors is getting more than he is because BABILONIA and R.POST are taking a larger cut than the rest of the crew. R.POST stated "we're not greedy, this is normal shit. We're professional, it will get done." BABILONIA stated "we got choppers with drums on them." UC Connors asked CHARLES, SAINTELIEN and THOMPSON if they could handle the armed robbery and told them the two Columbians were not just going to give up the cocaine. CHARLES, SAINTELIEN and THOMPSON all acknowledged they could handle the armed robbery of cocaine.

6. On or about March 30, 2015, a recorded meeting occurred in West Palm Beach, Palm Beach County, Florida between the informant and J.POST during which J.POST stated he would be down in Broward for the planned home invasion robbery. J.POST said that his brother (R.POST) would need all the help he can get. J.POST stated that he would be a lookout and was going to get one kilogram of cocaine for

Page 3 of 5

his role in the planned armed robbery of cocaine.

7. On or about March 31, 2015, a recorded telephone call was made between UC Connors and BABILONIA to tell him a shipment of cocaine was scheduled to arrive on Thursday, April 2, 2015. BABILONIA said they were ready to commit the armed stash house robbery.

8. On or about April 2, 2015 BABILONIA, R.POST, CHARLES, SAINTELIEN and THOMPSON, arrived at an undercover facility in Broward County, Florida. UC Connors told BABILONIA, R.POST, CHARLES, SAINTELIEN and THOMPSON to come to the undercover facility to wait for the DTO to call the UC to reveal the address of the stash house where the cocaine the UC was to courier for the DTO was located. Once at the undercover facility, BABILONIA, R.POST, CHARLES, SAINTELIEN and THOMPSON had further recorded discussions with UC Connors on how they planned to rob the cocaine stash house. BABILONIA, CHARLES, SAINTELIEN and THOMPSON acknowledged they were going to be going inside the stash house while R.POST would wait outside as the driver. BABILONIA said they were going to yell "Police, Police" immediately when they entered the stash house in the hopes of gaining the advantage over the two armed stash house guards. BABILONIA, R.POST, CHARLES, SAINTELIEN and THOMPSON all agreed that UC Connors would get his share of the stolen cocaine. BABILONIA, R.POST, CHARLES, SAINTELIEN and THOMPSON were subsequently arrested without incident at the undercover facility. J.POST was arrested without incident in Broward County, Florida.

9. A total of three semi-automatic pistols, two AK-47 style semi-automatic rifles,

approximately 68 rounds of ammunition, two bullet resistant vests, ski masks, hand cuffs, leg shackles and flashlights were seized from the possession of the defendants.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
RICHARD SILVA
TASK FORCE OFFICER
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

SWORN TO AND SUBSCRIBED BEFORE ME THIS 3RD DAY OF APRIL, 2015, AT WEST PALM BEACH, FLORIDA.

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-8184-WM

### BOND RECOMMENDATION

DEFENDANT: Ryan Blake Post

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   JOHN C. MCMILLAN, JR.

Last Known Address: _____

What Facility: _____

Agent(s):   ATF Richard Silva, TFO
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-8184-WM

### BOND RECOMMENDATION

DEFENDANT: Justin Michael Post

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _[signature]_
AUSA:   JOHN C. MCMILLAN, JR.

Last Known Address: _____

What Facility: _____

Agent(s): ATF Richard Silva, TFO
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-8184-WM

### BOND RECOMMENDATION

DEFENDANT: Ruben Alexander Babilonia

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _[signature]_
AUSA: JOHN C. MCMILLAN, JR.

Last Known Address: _____

What Facility: _____

Agent(s): ATF Richard Silva, TFO
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-8184-WM

### BOND RECOMMENDATION

DEFENDANT: Derrick Ramon Thompson

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   JOHN C. MCMILLAN, JR.

Last Known Address: _____

What Facility: _____

Agent(s): ATF Richard Silva, TFO
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-8184-WM

### BOND RECOMMENDATION

DEFENDANT: Tevin Reshawn Saintelien

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (**Pre-Trial Detention**)

By: _____
AUSA: JOHN C. MCMILLAN, JR.

Last Known Address: _____

What Facility: _____

Agent(s): ATF Richard Silva, TFO
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 15-8184-WM

### BOND RECOMMENDATION

DEFENDANT: Marc Elie Jeancharles

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   JOHN C. MCMILLAN, JR.

Last Known Address: _____

What Facility: _____

Agent(s): ATF, Richard Silva, TFO
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. __15-8184-WM__

UNITED STATES OF AMERICA

vs.

RYAN BLAKE POST, et al

Defendants.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____Yes   __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
John.McMillan@usdoj.gov
Admin. No. A5500228
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561) 820-8711
Fax: (561) 820-8777